UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sonder Canada Inc. et al<br><br>Plaintiff(s)<br><br>v.<br><br>Sonder Group LLC<br><br>Defendant(s) | CASE No  4:17-cv-04147-KAW<br><br>STIPULATION AND [PROPOSED]<br>ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

- ☐ **Mediation** (ADR L.R. 6)

- ■ **Private ADR** (*specify process and provider*)
  The parties agree to participate in private mediation, with a provider to be mutually agreed to later.

*Note*: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you <u>must</u> file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.

The parties agree to hold the ADR session by:

- ■ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*

- ☐ other requested deadline:

Date: October 3, 2017            /s/ Amanda R. Conley
                                  Attorney for Plaintiff

Date: October 3, 2017            /s/ Eric J. Ball
                                  Attorney for Defendant

☒ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date: 10/4/2017                   *Kandis Westmore*
                                  U.S. DISTRICT/MAGISTRATE JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 1-2017*