| | |
|---|---|
| ERIC BALL (CSB No. 241327) | SHABNAM MALEK (CSB No. 240087) |
| eball@fenwick.com | shabnam@brandandbranch.com |
| FENWICK & WEST LLP | AMANDA R. CONLEY (CSB No. 281270) |
| 801 California Street | amanda@brandandbranch.com |
| Mountain View, CA 94041 | BRAND & BRANCH LLP |
| Telephone: 650.988.8500 | 1714 Franklin Street No. 100-336 |
| Facsimile: 650.938.5200 | Oakland, CA 94612 |
| | Telephone: 510.984.4285 |

SHANNON E. TURNER (CSB No. 310121)
sturner@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for Plaintiffs                      Attorneys for Defendant
SONDER CANADA INC. & SONDER USA   SONDER GROUP LLC
INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SONDER CANADA INC. & SONDER USA INC., | Case No.: 4:17-CV-04147-KAW |
| Plaintiffs, | **STIPULATION TO EXTEND DEADLINE TO RESPOND TO AMENDED COMPLAINT, CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE, RESET RELATED DEADLINES (L.R. 6-1, 6-2, 7-12)** |
| v. | |
| SONDER GROUP LLC, | |
| Defendant. | Judge: Hon. Kandis Westmore |
| | Complaint Filed: July 21, 2017 |

1    Plaintiffs Sonder Canada Inc. and Sonder USA Inc. (collectively, "Sonder") and Defendant Sonder Group LLC ("SG") notify the Court that the Parties have reached a settlement in principle and are in the process of preparing the settlement documentation.

Given the settlement in principle, and pursuant to Federal Rule of Civil Procedure 6(b) and Local Rules 6-1, 6-2, and 7-12, the Parties agree and stipulate to extending the deadline for SG to respond to the Amended Complaint, and agree and stipulate to and request an order from the Court rescheduling the Initial Case Management Conference currently set for October 24, 2017, and adjusting the related deadlines as follows:

WHEREAS, Sonder filed the Complaint on July 21, 2017 and filed the Amended Complaint on August 16, 2017;

WHEREAS, the Parties jointly stipulated to extend the time for SG to respond to the Complaint to October 16, 2017;

WHEREAS, the Initial Case Management Conference is scheduled for October 24, 2017 at 1:30 pm;

WHEREAS, there have been no other time modifications in this case by stipulation or court order;

WHEREAS, the Parties have conferred and agree that there is good cause for the requested continuance;

WHEREAS, in light of the ongoing settlement negotiations, the Parties have agreed that the dates set for SG's response to the Amended Complaint be continued until November 13, 2017, the Initial Case Management Conference, currently scheduled for October 24, 2017 at 1:30 pm, be continued until November 21, 2017 at 1:30 pm, or other later date according to the Court's calendar, and the filing of the Rule 26(f) report and Joint Case Management Statement, currently due on October 17, 2017, be continued until one week before the rescheduled date for the Initial Case Management Conference;

WHEREAS, the Parties agree that extending the above deadlines will facilitate settlement negotiations between the Parties and serve the interests of judicial economy; and

1     WHEREAS, this short extension will not substantively affect the overall case schedule, particularly given the preliminary stage of this litigation.

    NOW THEREFORE, the Parties hereby stipulate and agree that SG's response to the Amended Complaint be continued until November 13, 2017, the Initial Case Management Conference, currently scheduled on October 24, 2017 at 1:30 pm, be continued until November 21, 2017 at 1:30 pm, or other later date according to the Court's calendar, and the filing of the Rule 26(f) report and Joint Case Management Statement, currently due on October 17, 2017, be continued until one week before the rescheduled date for the Initial Case Management Conference. The Parties respectfully request that the Court grant the Parties their stipulated requests and reschedule the Initial Case Management Conference accordingly, as set forth in the attached proposed order.

Dated: October 16, 2017                  Respectfully submitted,

By: */s/ Eric Ball*
Eric Ball
**FENWICK & WEST LLP**
801 California Street
Mountain View, CA 94041
Tel.: (650) 988-8500
Fax.: (650) 938-5200

Shannon Turner
**FENWICK & WEST LLP**
555 California Street, 12th Floor
San Francisco, CA 94104
Tel.: (415) 875-2300
Fax: (415) 281-1350

*Attorneys for Plaintiffs*
*SONDER CANADA INC. AND SONDER USA INC.*

Dated: October 16, 2017

By: */s/ Shabnam Malek*
Shabnam Malek
Amanda R. Conley
**BRAND & BRANCH LLP**
1714 Franklin Street, No. 100-336
Oakland, CA 94612
Tel.: (510) 984-4285

*Attorneys for Defendant*
*SONDER GROUP LLC*

# **ATTESTATION OF SIGNATURES**

Pursuant to Local Civil Rule 5-1(i)(3), I hereby attest that I have obtained concurrence in the filing of this document from each of the Signatories.

By: */s/ Eric Ball*
Eric Ball

| | | |
|---|---|---|
| ERIC BALL (CSB No. 241327)<br>eball@fenwick.com<br>FENWICK & WEST LLP<br>801 California Street<br>Mountain View, CA 94041<br>Telephone: 650.988.8500<br>Facsimile: 650.938.5200 | | SHABNAM MALEK (CSB No. 240087)<br>shabnam@brandandbranch.com<br>AMANDA R. CONLEY (CSB No. 281270)<br>amanda@brandandbranch.com<br>BRAND & BRANCH LLP<br>1714 Franklin Street No. 100-336<br>Oakland, CA 94612<br>Telephone: 510.984.4285 |
| SHANNON E. TURNER (CSB No. 310121)<br>sturner@fenwick.com<br>FENWICK & WEST LLP<br>555 California Street, 12th Floor<br>San Francisco, CA 94104<br>Telephone: 415.875.2300<br>Facsimile: 415.281.1350 | | |
| Attorneys for Plaintiffs<br>SONDER CANADA INC. & SONDER USA INC. | | Attorneys for Defendant<br>SONDER GROUP LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SONDER CANADA INC. & SONDER USA INC.,<br><br>  Plaintiffs,<br><br>  v.<br><br>SONDER GROUP LLC,<br><br>  Defendant. | Case No.: 4:17-CV-04147-KAW<br><br>**[PROPOSED]** ORDER TO EXTEND DEADLINE TO RESPOND TO AMENDED COMPLAINT, CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE, RESET RELATED DEADLINES (L.R. 6-1, 6-2, 7-12) **AS MODIFIED**<br><br>Judge: Hon. Kandis Westmore<br><br>Complaint Filed: July 21, 2017 |

[PROPOSED] ORDER TO EXTEND DEADLINE TO RESPOND TO AMENDED COMPLAINT, CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE, RESET RELATED DEADLINES  1  Case No.: 4:17-CV-04147-KAW

Upon consideration of the Stipulation to Extend Deadline to Respond to Amended Complaint, Continue the Initial Case Management Conference, and Reset Related Deadlines filed by Plaintiffs Sonder Canada Inc. and Sonder USA Inc. and Defendant Sonder Group LLC,

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** as follows:

1. Sonder Group LLC's response to the Amended Complaint is due on November 13, 2017.

2. The Initial Case Management Conference currently scheduled for October 24, 2017 at 1:30 pm will be rescheduled for December 12, 2017 at 1:30 pm.

3. The filing of the Rule 26(f) report and Joint Case Management Statement, currently due on October 17, 2017, will be due one week before the rescheduled date for the Initial Case Management Conference.

Dated:_10/18, 2017

_____
Hon. Kandis A. Westmore
United States Magistrate Judge