1  ERIC BALL (CSB No. 241327)
   eball@fenwick.com
2  FENWICK & WEST LLP
   801 California Street
3  Mountain View, CA 94041
   Telephone: 650.988.8500
4  Facsimile: 650.938.5200

5  SHANNON E. TURNER (CSB No. 310121)
   sturner@fenwick.com
6  FENWICK & WEST LLP
   555 California Street, 12th Floor
7  San Francisco, CA 94104
   Telephone: 415.875.2300
8  Facsimile: 415.281.1350

9  Attorneys for Plaintiffs
   SONDER CANADA INC. & SONDER USA
10 INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SONDER CANADA INC. & SONDER USA INC., <br><br> Plaintiffs, <br><br> v. <br><br> SONDER GROUP LLC, <br><br> Defendant. | Case No.: 4:17-CV-04147-KAW <br><br> **[PROPOSED]** ORDER DISMISSING AMENDED COMPLAINT <br><br> Judge: Hon. Kandis Westmore <br><br> Complaint Filed: July 21, 2017 |

[PROPOSED] ORDER DISMISSING AMENDED COMPLAINT           1           Case No.: 4:17-CV-04147-KAW

**[PROPOSED] ORDER**

1. The claims alleged by Sonder Canada Inc. and Sonder USA Inc. in their Amended Complaint filed on August 16, 2017 (Dkt. 12) in this action entitled *Sonder Canada Inc., et al. v. Sonder Group LLC*, Case No. 4:17-CV-04147-KAW, are hereby dismissed with prejudice; and

2. Each party shall bear its own costs and fees, including attorneys' fees, in connection with this action.

**IT IS SO ORDERED.**

Dated: 12/1 , 2017

_____
Hon. Kandis A. Westmore
United States Magistrate Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW